402

JOHN A. MARTINEC, Plaintiff and Counterdefendant-Appellee, v. CAROLYN H. MARTINEC, Defendant and Counterplaintiff-Appellant.

(No. 59085;

First District (5th Division)—January 25, 1974.

PER CURIAM.
ENGLISH, J., took no part.

Melvin A. Weinstein, of Chicago (Michael D. Gerstein, of counsel), for appellant.

Gerald M. Werksman, of Chicago (Michael B. Cohen, of counsel), for appellee.